IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA**

v.                                    No. **05-20251-04-Ma**

**W.C. WOOTEN**

FILED BY ___ D.Q.
05 JUL 13 PM 4:44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

### ORDER CONTINUING ARRAIGNMENT AND
### SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

---

The Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment/Bond Review is therefore continued and reset to Wednesday, July 20, 2005, at 10:00 a.m. in Courtroom #5, 3rd Floor, Federal Building, 167 N. Main Street, Memphis, Tennessee.**

It is therefore ORDERED that the time period of **July 13, 2005** through, **July 19, 2005** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This ___13th___ day of July, 2005.

　　　　　　　　　　　　　　　　　　　　Diane K. Vescovo
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT