IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY CV D.C.
05 JUL 21 PM 3:03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 05-20251-Ma |
| | ) |
| W.C. Wooten, | ) |
| | ) |
| Defendant. | ) |

ORDER AMENDING CONDITIONS OF RELEASE

The Order Setting Conditions of Release ("Order") entered July 8, 2005, is amended as follows:

Defendant shall execute an unsecured bond in the amount of $2,5000 or an agreement to forfeit upon failure to appear as required,

All other conditions of defendant's pretrial release contained in the Order shall remain in effect.

IT IS SO ORDERED this 21st day of July, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT