PS 8
(8/88)

FILED BY ___CAS___ D.C.

# United States District Court
## for
## Western District of Tennessee

2005 OCT 12 PM 4:17


CLERK, U.S. DIST... ...
W/D OF TN...

**U.S.A. vs. W.C. Wooten**           **Docket No. 05-20251-04 Ma**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Angela K. Yates presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, on the 8th day of July, 2005, under the following conditions:

1) Report as directed by Pretrial Services,

2) Travel restricted to the Western District of Tennessee,

3) Refrain from possessing a firearm, destructive device, or other dangerous weapon,

4) Refrain from any use or unlawful possession of any narcotic drug or other controlled substances,

5) Submit to any method of testing required by Pretrial Services for determining whether the defendant is using a prohibited substance, and

6) Participate in substance abuse counseling or treatment if deemed advisable by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

(If short insert here: if lengthy write on separate sheet and attach)

### SEE ATTACHMENT

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant that W.C. Wooten may appear and show cause as to why his bond should not be revoked.

BOND RECOMMENDATION:   No Bond / Detention

ORDER OF COURT

Considered and ordered this _11th_ day of _October_, 20___ and ordered filed and made a part of the records in the above case.

_Diane K. Vescovo_
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Oct 5, 2005_

_Angela K. Yates_
U.S. Pretrial Services Officer

Place   Memphis, TN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-18-05_

71

WOOTEN, W.C.

Page 2

*The following information was previously reported to the Court in a Violation Memorandum dated August 8, 2005.*

*During the July 25, 2005, office visit with the defendant, he signed a voluntary admission of illegal drug use form admitting to using cocaine on or about Saturday, July 23, 2005. Mr. Wooten also submitted a urinalysis specimen on July 28, 2005, which returned positive (+) for cocaine.*

*Due to the above violations, the defendant was instructed to meet with a counselor at the Veterans Affairs Medical Center in Memphis for a referral to the Cocaine and Alcohol Awareness Program, Inc. (hereinafter referred to as CAAP, Inc.) for residential drug treatment. Mr. Wooten was received at CAAP, Inc. from the Veterans Affairs Medical Center on August 5, 2005.*

On September 6, 2005, Mr. Wooten violated the condition requiring that he participate in substance abuse counseling or treatment if deemed advisable by Pretrial Services as he was discharged from the CAAP, Inc. residential drug treatment program. According to the defendant's case manager at CAAP, Inc., Martha Hall, the defendant signed out before leaving on August 29, 2005, noting that he was going to the Veteran's Administration Medical Center (VAMC). The defendant failed to return to the CAAP, Inc. facility and a social worker at the VAMC advised that there was no proof that the defendant was at their facility. Attempts by Pretrial Services to contact the defendant since September 6, 2005, have been unsuccessful.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT