IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

W.C. WOOTEN

Case No. 05-20251-04-MaF

## ORDER REVOKING BOND

The government requested that the defendant's bond be revoked for failure to comply with the conditions of his pretrial release. After a hearing, the court determined that the defendant's bond should be and is HEREBY REVOKED. The defendant is remanded to the custody of the United States Marshal pending a trial in this matter.

_S. Thomas Anderson_
S. THOMAS ANDERSON
United States Magistrate Judge

DATE: November 1, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-4-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 87 in case 2:05-CR-20251 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

---

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT